IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Donald F. Fitzgibbon, | ) | Bankruptcy No. 22-22356-GLT |
| | ) | Chapter 13 |
| Debtor | ) | Related to Claim No. 10 |
| | ) | |
| Marlin Mortgage Capital, LLC., | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Donald F. Fitzgibbon, | ) | |
| | | |
| Respondent | | |

**AMENDED CERTIFICATE OF SERVICE**

I, Kenneth Steidl, certify under the penalty of perjury that I served a true and correct copy of the attached Declaration That No Amended Plan Is Necessary, on August 4, 2026, by regular First-Class Mail, unless otherwise noted, on the following parties:

Ronda Winnecour, Trustee
Via ECF mail

Shawn Miller
Aldridge Pite, LLP
Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305

Donald Fitzgibbon
325 Payne Hill Rd
Clairton, PA 15025


August 4, 2026      /s/ Kenneth Steidl
      DATE      Kenneth Steidl, Esquire
Attorney for the Debtor
Steidl & Steinberg, P.C.
436 Seventh Avenue, Suite 322
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965