FILED
8/21/26 5:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No. 22-22356-GLT** |
| | ) | **Chapter 13** |
| **Donald F. Fitzgibbon,** | ) | **Related Docket No.** 50 |
| ***Debtor(s)*** | ) | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:**

❑ a motion to dismiss case or certificate of default requesting dismissal

✠ a plan modification sought by: The Debtor

❑ a motion to lift stay
as to creditor ______________________________

❑ Other: ______________________________

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

✠ Chapter 13 Plan dated 12/14/2022

❑ Amended Chapter 13 Plan dated _________

is modified as follows:

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

✠ Debtor(s) Plan payments shall be changed from $1,657.00 to $1,677.00per month effective 8/2026; and/or the Plan term shall be changed from ___ months to ____ months.

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve ____________________________ on or before _________.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_______________________________________ _____________________________________________ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

X Other: G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:

**Valon Mortgage, Inc. Cl#10-2 to govern with all notices of mortgage payment change of record implemented.**

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 21st day of August, 2026

Dated: ____________________

United States Bankruptcy Judge

Stipulated by:

/s/ Kenneth Steidl
Counsel to Debtor

Stipulated by:

/s/ Dennis Sloan
Counsel to Chapter 13 Trustee

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 22-22356-GLT
Donald F. Fitzgibbon Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3
Date Rcvd: Aug 24, 2026 Form ID: pdf900 Total Noticed: 23

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Donald F. Fitzgibbon, 325 Payne Hill Rd., Clairton, PA 15025-4009 |
| 15550662 | | Citibank, Po Box 90011037, Louisville, KY 40290-1037 |
| 15569009 | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15550667 | + | Mariner Finance, 560 Clairton Blvd, Suite D, Pittsburgh, PA 15236-3803 |
| 15550669 | + | Norma Lombardo, 105 Onyx Ave., Pittsburgh, PA 15210-2323 |
| 16689889 | + | Valon Mortgage, Inc., 14647 S 50th St, STE A150, Phoenix, AZ 85044-6464 |
| 15550670 | + | Velocity & Upgrade, 275 Battery St., 23rd Floor, San Francisco, CA 94111-3305 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2026 01:56:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 25 2026 01:50:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15550661 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2026 01:55:58 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15555004 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2026 01:55:59 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15550663 | | Email/Text: bankruptcy@clearviewfcu.org | Aug 25 2026 01:50:00 | Clearview Federal Credit Union, 8805 University Blvd., Coraopolis, PA 15108-2580 |
| 15550666 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2026 01:55:57 | Kohl's, Po Box 1456, Charlotte, NC 28201-1456 |
| 15561483 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 01:55:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15564952 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 25 2026 01:50:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 16457804 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2026 01:50:00 | Marlin Mortgage Capital, LLC, c/o Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 15550668 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2026 01:50:00 | Mr. Cooper, Po Box 650783, Dallas, TX 75265-0783 |
| 15569207 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2026 01:50:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 16457655 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2026 01:50:00 | Nationstar Mortgage LLC, PO Box 619096, |

| | | | | |
|---|---|---|---|---|
| | | | | Dallas, TX 75261-9741 |
| 15559553 | | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 25 2026 01:56:03 | NAVIENT, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15558232 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 25 2026 01:55:58 | Navient/Earnest, P.o. Box 9655, Wilkes Barre, PA 18773-9655 |
| 15569374 | | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2026 01:50:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15550864 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2026 01:56:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Marlin Mortgage Capital, LLC |
| cr | | Nationstar Mortgage LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15550664 | * | Clearview Federal Credit Union, 8805 University Blvd., Coraopolis, PA 15108-2580 |
| 15558231 | *+ | Earnest, 535 Mission St., Suite 1663, San Francisco, CA 94105-3253 |
| 15550665 | ##+ | Earnest, 535 Mission St., Suite 1663, San Francisco, CA 94105-3253 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor Donald F. Fitzgibbon julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Mario J. Hanyon | |

| | |
|---|---|
| | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew Fissel | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8